UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHARLOTTE L. PERKINS,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

Case No. 21-cv-1439-pp

---

## ORDER GRANTING STIPULATED MOTION FOR REMAND (DKT. NO. 10), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)

---

On March 14, 2022, the parties filed a stipulated motion for remand for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 10. The court **GRANTS** the stipulated motion for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, under Carr v. Saul, 141 S. Ct. 1352 (2021), the Appeals Council will vacate all findings in the administrative law judge's decision and remand the case for a new hearing and decision. The Commissioner will develop the administrative record as necessary to determine whether the plaintiff is disabled within the meaning of the Social Security Act and issue a de novo decision.

Dated in Milwaukee, Wisconsin this 15th day of March, 2022.

                                                **BY THE COURT:**

                                                _____
                                                **HON. PAMELA PEPPER**
                                                **Chief United States District Judge**